GILBERT MARBE *v.* ROBERT W. WORLEY, JR., ET AL., EXECUTORS (ESTATE OF FAY MARBE) (6502)

DUPONT, C. J., STOUGHTON and FOTI, Js.

Submitted on briefs May 16—decision released May 19, 1988

*Gilbert Marbe,* pro se, the appellant (plaintiff), filed a brief.

*Kurt W. Hansson* and *Robert P. Dolian* filed a brief for the appellees (defendants).

PER CURIAM. There is no error.